# In the United States Court of Federal Claims

No. 09-114L

(Filed: January 29, 2014)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
```
                                          *
JOHNNY GREGORY, et al.,                   *
                                          *
                    Plaintiffs,           *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
```
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

On October 12, 2011, the Court granted the Government's motion for summary judgment on the issue of liability for 305 of the 331 parcels of land in dispute in this case, and dismissed Plaintiffs' claims as to those 305 parcels. The Court further ruled that the Government was wholly or partially liable for taking the remaining 26 parcels, and, on April 12, 2013, awarded Plaintiffs $338,851.48 in attorneys' fees and costs incurred in successfully litigating those 26 claims. On January 28, 2014, counsel for the parties jointly filed a stipulation of settlement and dismissal, fully resolving all outstanding issues and claims.

Accordingly, the Clerk is hereby directed to enter judgment for the Government on the 305 parcels for which it is not liable. See Dkt. No. 78. The Clerk is further directed to enter judgment for Plaintiffs for $338,851.48 in attorneys' fees and costs. See Dkt. No. 105. Finally, pursuant to RCFC 41(a)(1)(A)(ii) and the parties' stipulation of settlement and dismissal, all remaining claims are hereby dismissed. The Clerk is directed to close the case.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge